(68 South. 416)

No. 21240.

NOSACKA v. SCHMIDT.

(April 26, 1915.)

Appeal from Civil District Court, Parish of Orleans; George H. Théard, Judge.

Action by Emily Nosacka against Paul Schmidt. From judgment for plaintiff, defendant appeals. Affirmed.

Edward M. Heath, of New Orleans, for appellant. Legier & Gleason, of New Orleans, for appellee.

MONROE, C. J. Defendant has appealed from a judgment of divorce a vinculo matrimonii.

The record furnishes him nothing upon which to base an expectation of reversal. He is shown to have abandoned his wife within a week after his marriage, and thereafter to have been guilty of the statutory offense against the marriage relation. There was an attempt to prove reconciliation, but it was unsuccessful.

Judgment affirmed.